IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HOME INSTEAD, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV315 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CHRISTOPHER A. BARR et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the plaintiff's Motion to Stay (Filing No. 10). The plaintiff seeks a ninety-day stay of proceedings, until October 20, 2008, to facilitate a settlement entered into by the parties. Although the plaintiff has served the defendants, the defendants have not yet filed an answer. No other deadlines are pending. The court, having been fully apprised as to the circumstances of the motion, hereby finds that it should be granted. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's motion to stay (Filing No. 10) is granted and all activity in the above-captioned case is stayed through October 20, 2008.

2. If the matter has not been resolved, **on or before October 10, 2008**, the plaintiff shall file a report regarding the status of the case.

Dated this 12th day of August, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge